UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

IGOR YEVSTIFEEV,
SVIATLANA HARNIZONAVA,

                              Plaintiffs,

                                                                  <u>DECISION AND ORDER</u>

                                                                    08-CV-6476L

                           v.

BRAD STEVE, individually and as a
Town of Brighton Police Officer,
ROBERT FISHER, individually and as a
Town of Brighton Police Officer,
FRANK SCARCELLI, individually and as a
Town of Brighton Court Reporter,
TOWN OF BRIGHTON,
TOWN OF BRIGHTON POLICE DEPARTMENT,
THOMAS VOELKL, Town of Brighton Police Chief,
TOWN OF BRIGHTON COURT,

                                          Defendants.
_____

       Currently pending with the Court is a motion by several of the defendants pursuant to Fed. R. Civ. Proc. 12(f) (Dkt. #10), seeking to strike plaintiffs' "Response to Defendants Answer to Complaint," a purported pleading (Dkt. #9) which was filed without leave of Court. *See generally Bizouati v. City of New York*, 2008 U.S. Dist. LEXIS 21769 (E.D.N.Y. 2008) (noting the Court's inherent power to strike an improper pleading); *Adams v. Finlay*, 2006 U.S. Dist. LEXIS 81591 (S.D.N.Y. 2006) (same).

Plaintiffs do not oppose the motion, and have conceded to this pleading being stricken, stating that it is merely a summary of exhibits attached to the complaint, and adds nothing of substance to their claims. (Dkt. #13).

Accordingly, the defendants' motion to strike (Dkt. #10) is hereby granted, and plaintiffs' Response to Defendants Answer to Complaint (Dkt. #9) is stricken from the record in this matter.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
   June 2, 2009.