UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

IGOR YEVSTIFEEV, et al.,

                     Plaintiffs,

                                                               ORDER

                                                              08-CV-6476L

                     v.

BRAD STEVE, individually and as a
Town of Brighton Police Officer, et al.,

                                  Defendants.
_____

       Defendants have moved for summary judgment. Plaintiffs, proceeding *pro se,* responded to the motion and defendants submitted a reply.

       Now, by letter dated September 21, 2011, Igor Yevstifeev seeks to present some additional evidence which is essentially a sur-reply. By letter dated September 23, 2011, defendants opposed the request. Plaintiff, then, without obtaining court approval, filed his sur-reply anyway.

       Such filings are not provided for in the rule without court approval, and I deny plaintiffs' request to submit another filing on defendants' motion for summary judgment. The Court will not consider the document (Dkt. #77).

       IT IS SO ORDERED.

                                                    _____
                                                      DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
           September 30, 2011.